FILED
Rev. 5/20

## United States District Court
Middle District of Florida
Fort Myers Division

2022 APR -4 PM 1: 15

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Michael Eugene Wyatt II

*(In the space above enter the full legal name of the plaintiff)*

-against-

Gage Williamson
Charlotte County Sheriffs office

Case No. 2:22cv 213 - SPC-MRM

(To be filled out by Clerk's
Office only)

## COMPLAINT

*(Pro Se* Confined Litigant)

Jury Demand?
☐ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include
addresses here.)*

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.**

Rev. 5/20

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- ☐   42 U.S.C. § 1983 (state, county, or municipal defendants)

- ☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.    PLAINTIFF INFORMATION

Wyatt Michael Eugene
_____
Name (Last, First, MI)                                                    Aliases

106690
_____
Identification #

CCSO/SCH
_____
Place of Detention

_____
Institutional Address

_____
County, City                          State                          Zip Code

## III.    STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- ☐   Pretrial detainee
- ☐   Civilly committed detainee
- ☐   Immigration detainee
- ☐   Convicted and sentenced state prisoner
- ☐   Convicted and sentenced federal prisoner

Rev. 5/20

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Williamson Gage
_____
Name (Last, First)

N/A
_____
Current Job Title

N/A
_____
Current Work Address

Charlotte County BR    charlotte Fl    33980
_____
County, City            State            Zip Code


Defendant 2:    Charlotte County Sheriff office
_____
Name (Last, First)


_____
Current Job Title

7474 utilities
_____
Current Work Address

charlotte county, port charlotte Fl    33982
_____
County, City            State            Zip Code

Rev. 5/20

**Defendant(s) Continued**

Defendant 3: _____
                Name (Last, First)

                _____
                Current Job Title

                _____
                Current Work Address

                _____  _____  _____
                County, City             State          Zip Code


Defendant 4: _____
                Name (Last, First)

                _____
                Current Job Title

                _____
                Current Work Address

                _____  _____  _____
                County, City             State          Zip Code


[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

Rev. 5/20

## V.    STATEMENT OF CLAIM

Place(s) of
occurrence:    Charlotte County

Date(s) of occurrence:    12-21-21

State which of your federal constitutional or federal statutory rights have been violated:

Defamation of Character, false arrest, unlawful imprisonment

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you. All facts shall be set forth in separately numbered paragraphs. See Fed. R. Civ. P.  10(b).*

FACTS:

What happened to you?

On 12-21-21 charlotte county place me under arrest and question me about a fingerprint on the outside of a back door to a house that was burglarized. The states witness already stating we was there to seek shelter but never went in. Before my arrest the police department attempt to lock up Gage williamson because they mistaken him for me which mr williamson had the oppertunity to lie and say that I had committed the crimes that he is on video survillance committing. On this video you clearly see physical evidence that its gage williamson by his hair color his tattos and the fact he was wearing the same shoes as the culprit and in his possession the keys from the golfcart he stole the tools he used. Also in his possession stolen property

**Page 5 of 10**

Rev. 5/20

from the house in which his brother Steven told Me was abandoned and condemed. Mr. Williamson told officers I gave him the stolen property from the house and went on to lie and describe himself and the clothes he was wearing and stating that it was me. At the time of this occurence I get questioned about a third burglary after telling the officers I'm innocent of all offenses they place me under arrest and charge me and detain me for all three with no real evidence to support these accusations. They post my picture on CCSO website which my community is exposed to and I lose my regular customers for my tree service which is my livlyhood and how I support my children. The county has hands down evidence that I did not commit these offenses but still allowed themselves and Mr. Williamson to defamate my character, harm my last name along with my childrens last name for life and crippling my business. I'm worried about my children being picked on in school or my fiance being ridiculed for cassociating with me. They destrayed my legacy and did unrepairable damage to my business I lost most of my tools and equipment my trailer and key place to stay. I'm currently detained for two of the cases in which they have real evidence on Gage Williamson who is still free and not me.

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

Who did what?

Rev. 5/20

Was anyone
else
involved?

Rev. 5/20

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: **Prisoners** must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I want you to find they have updated my rights.

Rev. 5/20

## VIII.  LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a **prisoner** from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

### *ALL LITIGANTS MUST ANSWER:.*

Have you to date brought any other lawsuits in state or federal court while a confined?          ☐ Yes    ☒ No

If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Rev. 5/20

## IX.    PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case**.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

_____          _____
Dated                                                              Plaintiff's Signature


_____
Printed Name (Last, First, MI)


_____
Identification #


_____
Institutional Name                              City                                State        Zip Code